FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2025-0242
_____

MARVIN PACE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Union County.
Mitchell Bishop, Judge.

March 28, 2025

PER CURIAM.

DISMISSED as untimely.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.
_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***
_____

Jessica J. Yeary, Public Defender, Tallahassee, for Appellant.

No Appearance for Appellee.